## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CASE NO.: 4:24-CR-26-1** |
| **JR JR I Lang.** | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for dates June 3rd – June 7th, 2024, and June 10th – June 13th, 2024. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 29th day of April, 2024.

Christopher L. Ray
United States Magistrate Judge
United States District Court
Southern District of Georgia